FILED by **JA** D.C.

Mar 22, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20102-CR-SCOLA/GOODMAN**

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

KENSY GARCIA TORRES,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

**Conspiracy to Commit Money Laundering
(18 U.S.C. § 1956(h))**

From in and around October 2018, and continuing through in or around July 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENSY GARCIA TORRES,**

did knowingly and voluntarily combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, and distribution of a controlled substances, punishable under the laws of the United States and Honduras.

All in violation of Title 18, United States Code, Section 1956(h).

<b><u>FORFEITURE ALLEGATIONS</u><br>(18 U.S.C. § 982(a)(1))</b>

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KENSY GARCIA TORRES,** has an interest.

2. Upon conviction of a violation of, or conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZÁLEZ
UNITED STATES ATTORNEY

CHRISTINE HERNANDEZ for
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KENSY GARCIA TORRES,

                         Defendant.     /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- __ Key West
- __ FTL
- __ WPB
- __ FTP

New defendant(s)    Yes ____ No ____
Number of new defendants ____
Total number of counts ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __8__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ____
   - II   6 to 10 days   ✓
   - III   11 to 20 days   ____
   - IV   21 to 60 days   ____
   - V    61 days and over   ____

   (Check only one)
   - Petty ____
   - Minor ____
   - Misdem. ____
   - Felony ✓

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes: Magistrate Case No.    22-MJ-02351-LFL
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of    March 7, 2022
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____ No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____ No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ____ No ✓

                                                           /s/ _____
                                                    CHRISTINE HERNANDEZ
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    FLORIDA BAR NO. 15349

*Penalty Sheet(s) attached

REV 6/5 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Kensy Garcia Torres

**Case No:**

Count #:1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**