## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20102-SCOLA

**UNITED STATES OF AMERICA**

vs.

**KENSY GARCIA TORRES,**

          **Defendant.**
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **KENSY GARCIA TORRES**, are sufficient to prove the guilt of the Defendant to the above-referenced Indictment:

As to Count One, co-conspirator and undercover agent testimony, paired with corroborating evidence, would show that between October 2018 and July 2019, a group of individuals conspired together with the Defendant to engage in a series of transactions to benefit narcotics trafficking co-conspirators in their laundering of drug money. Specifically, on or about December 13, 2018, the Defendant contacted a confidential human source ("CHS") working for the Federal Bureau of Investigation and advised that a co-conspirator would soon be contacting him/her to commence the laundering of money. The Defendant provided the CHS with a breakdown of the commissions and advised that the CHS would profit 1%, the CHS's company would receive 4% and that a total of 7% would be divided between the Defendant, a co-conspirator, and a female associate of the Defendant.

The Defendant and the co-conspirators repatriated the profits from the drug trade, moving money from the U.S. back to Honduras. The Defendant was aware that the money involved in the transactions was proceeds of narcotics trafficking activities and that the transactions were occurring in a way to hide the fact that it was proceeds of narcotics trafficking activities.

The evidence would show that, among other things, five bulk cash deliveries were made in the U.S. and the money was wired back to Honduras via U.S. bank accounts and/or taken back to Honduras via human couriers. The Defendant received commission payments after the bulk cash deliveries. During the Defendant's time in the conspiracy, approximately $ 1,804,407.27 was laundered, and Defendant and associates received approximately $121,382.00 in commissions.

The parties agree that these facts are sufficient to prove the Defendant's guilt of Count One of the Indictment beyond a reasonable doubt.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 5/19/22    By: _____
CHRISTINE HERNANDEZ
ASSISTANT U.S. ATTORNEY

Date: 5/19/22    By: _____
ANDREW JACOBS
ATTORNEY FOR DEFENDANT

Date: 5/19/22    By: _____
KENSY GARCIA TORRES
DEFENDANT

2